# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASSUREDPARTNERS OF NEVADA, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>L/P INSURANCE SERVICES, LLC, *et al.*,<br><br>           Defendant. | CASE NO.: 3:21-cv-00433-RCJ-WGC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Temporary Restraining Order (ECF No. 17) shall remain in full force and effect until November 15, 2021, at 12:00 pm, at which time it will expire unless extended by this Court upon good cause shown, by consent of the parties, or by entry of a subsequent preliminary injunction by this Court.

IT IS FURTHER ORDERED that a Preliminary Injunction Hearing is set for 10:00 A.M., Monday, November 15, 2021, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

DATED: October 13, 2021.