# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASSUREDPARTNERS OF NEVADA, LLC, | ) ) ) |
| Plaintiff, | ) ) 3:21-cv-00433-RCJ-CLB |
| vs. | ) ) **ORDER** |
| L/P INSURANCE SERVICES, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

Plaintiff filed a motion titled "Plaintiff's Emergency Motion, Pursuant to LR 7-4, to Continue the Preliminary Injunction Hearing and Extend the Temporary Restraining Order." (ECF No. 49.) Defendants have filed a response. (ECF No. 51.) And Plaintiff has replied. (ECF No. 53.) The Court will hold a hearing to entertain oral argument on this motion via Zoom tomorrow, November 2, 2021, at 10:00 a.m.

**IT IS HEREBY ORDERED** that a hearing via Zoom Video is set for **10:00 A.M. (PDT), Tuesday, November 2, 2021.**

**IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Lesa Ettinger, Lesa_Ettinger@nvd.uscourts.gov, by **1:30 P.M. Monday, November 1, 2021,** to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

**IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING**:

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

For clarity of the record and best participation, the Court recommends that all participants use a headset with a microphone during the hearing.

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

**IT IS FURTHER ORDERED** that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 **(888) 675-2535**. Access Code is **2900398** Security Code **110221**.

///

///

///

///

///

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings.

IT IS SO ORDERED.

Dated November 1, 2021.

_____
ROBERT C. JONES
United States District Judge