1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

18
19  ASSUREDPARTNERS OF NEVADA, ) Case No.: 3:21-cv-00433-RCJ-CLB
20  LLC, )
    )
21            Plaintiff,  ) **ORDER REGARDING**
                          ) **PRELIMINARY INJUNCTION**
22      vs.               ) **MOTION**
                          )
23
    L/P INSURANCE SERVICES, LLC; )
24  DEANNA DEHART; COURTNEY )
    PINO; CHRISTOPHER "BRYCE" )
25  WARNER; GIGI BRADLEY; and )
    HEATHER PIATT; )
26                         )
27            Defendants.  )
                           )
28
– 1 –

Plaintiff, ASSUREDPARTNERS OF NEVADA, LLC ("Plaintiff") and Defendants L/P INSURANCE SERVICES, LLC ("LP") and DEANNA DEHART, COURTNEY PINO, CHRISTOPHER "BRYCE" WARNER, GIGI BRADELY, and HEATHER PIATT ("Employee Defendants" (collectively, "Defendants")), by and through their respective attorneys, hereby stipulate and agree that Plaintiff shall have until November 23, 2021, to file its opening papers in support of its motion for preliminary injunction.

This Stipulation and Order is brought in good faith and not for improper purposes or to cause undue delay.

Respectfully submitted,

**Dated: November 18, 2021**  **FISHER & PHILLIPS LLP**
By: */s/ Usama Kahf*
USAMA KAHF
DAVID WALTON
ANDREW SAXON
ALLISON L. KHEEL
*Attorneys for Plaintiff*
**ASSUREDPARTNERS OF NEVADA, LLC**

**Dated: November 18, 2021**  **LITTLER MENDELSON, P.C.**
By: */s/ Thomas W. Carroll*
JAMES M. WITZ
THOMAS W. CARROLL
Z. KATHRYN BRANSON
*Attorneys on behalf of*
**L/P INSURANCE SERVICES, LLC**

**Dated: November 18, 2021**  **SNELL & WILMER**
By: */s/ Janine C. Prupas*
PAUL SWENSON PRIOR
JANINE C. PRUPAS
ALEXIS RENEE WENDL
*Attorneys for Individual Defendants*
**DEHART, PINO, WARNER, BRADLEY, AND PIATT**

**IT IS SO ORDERED.**

Dated: 22nd day of November, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

– 3 –

FP 42341025.1